IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LEONARD WAYNE ROBBINS, Individually
and on Behalf of the Wrongful Death Beneficiaries
of DEDRIC ROBBINS, Deceased                                    PLAINTIFF

V.                                              CIVIL ACTION NO. 3:07CV047-B-A

BEVERLY ENTERPRISES, INC.; BEVERLY
HEALTH AND REHABILITATION SERVICES, INC.;
BEVERLY ENTERPRISES – MISSISSIPPI, INC.; AND
GOLDEN GATE NATIONAL SENIOR CARE HOLDINGS, LLC           DEFENDANTS

**ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED**

that the motion of Beverly Enterprises – Mississippi, Inc., and Beverly Enterprises, Inc., for joinder to defendants' motion to dismiss and compel arbitration is **GRANTED**;

that the defendants' motion to dismiss and compel arbitration is **DENIED**;

that the defendants' amended motion to dismiss and compel arbitration is **DENIED**; and

that the plaintiff's motion for extension of time to respond to the defendants' motion to dismiss and compel arbitration is **DENIED as moot**.

This, the 31st day of March, 2008.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**